# UNITED STATES *v.* TERMINAL RAILROAD ASSOCIATION OF ST. LOUIS.

CERTIFICATE FROM THE CIRCUIT COURT OF THE UNITED STATES FOR THE EASTERN DISTRICT OF MISSOURI.

No. 597. Motion to dismiss submitted January 31, 1910.—Decided January 31, 1910.

A certificate in which there was no opinion, judgment or order of the court below dismissed on authority of *Baltimore & Ohio Railroad Company* v. *Interstate Commerce Commission, ante,* p. 216.

*The Attorney General* and *The Solicitor General* for the United States.

No appearance for The Terminal Railroad Association of St. Louis *et al.*

*Per Curiam.* Certificate dismissed on authority of *Baltimore & Ohio R. R. Co.* v. *Interstate Commerce Commission,* 215 U. S. 216.